WESTFIELD CENTRE SERVICE, INC. v. CITIES
SERVICE OIL COMPANY.

July 8, 1980.

Petition for certification granted.  (See 172 *N.J.Super.* 196)

WESTFIELD CENTRE SERVICE, INC. v. CITIES
SERVICE OIL COMPANY.

July 8, 1980.

Cross-Petition for certification denied.  (See 172 *N.J.Super.*
196)

STATE OF NEW JERSEY v. FRED SAFKA.

July 8, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JESSE GUZMAN.

July 8, 1980.

Petition for certification denied.